**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                 Case No. 3:20-cr-26(S1)-BJD-JRK

SAMUEL ARTHUR THOMPSON      Defense Atty: Christopher Eric Roper, Esquire
                                                              AUSA: Laura Cofer Taylor, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 4/22/2021<br>10:43 a.m. – 11:10 a.m.<br>Recess<br>11:46 a.m. – 12:00 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL | None Present |

CLERK'S MINUTES

**PROCEEDINGS:**      DISCOVERY STATUS HEARING

Defendant present.

Discussion held regarding status of discovery review and Protective Order.

Defendant shall file a motion for return of property no later than **May 3, 2021.**

Government shall file a response to the motion for return of property no later than **May 10, 2021.**

Discovery status hearing to be set.

**Notice to enter.**