United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  No. 3:20-cr-26(S1)-BJD-LLL

**SAMUEL ARTHUR THOMPSON**

_____

### Order on Competency

Before the Court is the issue of whether defendant is competent to participate in pretrial proceedings and to stand trial. The Court held a competency hearing on February 3, 2022. *See* Minute Entry, doc. 95. At the hearing, the government presented Jeremiah Dwyer, Ph.D., as a witness. In addition to his testimony, Dr. Dwyer's Forensic Evaluation dated November 9, 2021, was received into evidence. The defense did not present witnesses. Upon consideration of all the evidence, including the evaluator's report and testimony, and the arguments of counsel the Court finds by a preponderance of the evidence that defendant has at the present time the sufficient mental ability to:

    1.    consult with counsel with a reasonable degree of rational understanding; and

    2.    have a rational and factual understanding of the nature and consequences of the proceedings against him.

The Court further finds the defendant can understand the nature and consequences of the proceedings against him and to assist properly in his defense.

Accordingly, the Court finds **Samuel Arthur Thompson** is competent to participate in all pretrial proceedings and to stand trial.

The defendant has expressed a desire to represent himself in this matter. The Court will hold a hearing for the purpose of conducting an inquiry pursuant to *Faretta v. California*, 422 U.S. 806 (1975). A separate notice setting the hearing will enter.

**Ordered** in Jacksonville, Florida on February 4, 2022.

*[signature]*
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Laura Cofer Taylor, Assistant United States Attorney
Christopher Eric Roper, Esquire