United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                          No. 3:20-cr-26(S1)-BJD-LLL

**SAMUEL ARTHUR THOMPSON**

_____

### Order Regarding Self-Representation

Before the Court is Defendant Samuel Thompson's request to proceed with self-representation. *See* Doc. 50. On February 15, 2022, the Court held a hearing, as required by *Faretta v. California*, 422 U.S. 806 (1975); the record of the hearing is incorporated in this order. Christopher Eric Roper, Esquire, who was previously appointed to represent the defendant, advised the Court that the defendant wanted to represent himself in this case. When asked by the Court, the defendant unequivocally reaffirmed his desire to proceed without an attorney.

The Court questioned the defendant, under oath, in line with *Faretta* and its progeny. Based upon the court's questioning and the defendant's responses, the Court finds that the defendant is aware of the nature of the charges against him, the required elements of proof of the charges, the possible penalties if convicted of any or all of the charges, and the dangers and disadvantages of self-representation. Further, the Court finds that after being advised of his right to counsel, the defendant has knowingly, intentionally, voluntarily, and freely waived his right to counsel. The defendant

acknowledged familiarity with the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. The defendant understands that he is required to follow these rules and maintain decorum in the courtroom. Finally, the defendant requested that Mr. Roper be permitted to remain as standby counsel.

It is **ordered**:

1. The defendant is permitted to represent himself in all further proceedings.

2. The Motion to Withdraw and Request for Faretta Hearing, doc. 50, is **granted to the extent** that Christopher Eric Roper shall now serve as standby counsel.

3. James A. Hernandez is relieved of any further responsibility in this case.

4. The Clerk is directed to provide a copy of this order and all future orders, notices, and filings directly to the defendant, who is proceeding *pro se*.

5. Defendant shall file a notice advising the Court if he wishes to adopt the Motion to Suppress, doc. 42, and the Motion for Return of Seized Property, doc. 49 or file amended motions by **March 8, 2022**. The Government's response(s) to any amended motions are due by **March 22, 2022**. If necessary, the Court will schedule a hearing on the motions(s) the week of March 28, 2022.

**Ordered** in Jacksonville, Florida on February 16, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Laura Cofer Taylor, Assistant United States Attorney
Christopher Eric Roper, Esquire
James A. Hernandez, Esquire
Samuel Arthur Thompson (via U.S. Marshals Service)