UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO. 3:20-cr-26-BJD-LLL

SAMUEL ARTHUR THOMPSON
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Remove Restraints and Wear a Suit During Pretrial Hearings (Doc. 103) filed March 8, 2022. In the Motion, Defendant requests that he be permitted to wear a suit and have restraints removed during pretrial hearings. See id. The Government has not filed a response to the instant motion. The Court has considered Defendant's background, the nature of the charges alleged, and the reasoning behind Defendant's Motion. The driving force behind allowing a defendant to appear unrestrained is "the possibility of prejudice to the defendant if those restraints are visible to the jury." United States v. Durham, 287 F.3d 1297, 1305 (11th Cir. 2002). Other relevant factors are whether the restraints impede a defendant's ability to successfully present his defense. Id. Because Defendant's Motion speaks to pretrial hearings, much of which are administrative in nature, there is no risk of prejudice to Defendant by appearing in restraints and a jumpsuit, nor is Defendant

prevented from adequately interacting with the Court. The Court will revisit this Motion, if necessary, should this case proceed to a jury trial.

Accordingly, after due consideration, it is

**ORDERED:**

1. Defendant's Motion to Remove Restraints and Wear a Suit During Pretrial Hearings (Doc. 103) is **DENIED.**

2. Defendant may renew his motion should this case proceed to a jury trial.

**DONE** and **ORDERED** in Jacksonville, Florida this 31ˢᵗ day of March, 2022.

BRIAN J. DAVIS
United States District Judge

Copies furnished to:

Laura C. Taylor, AUSA
Samuel Arthur Thompson, Pro Se
Christopher E. Roper, Esq. (standby counsel)