UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 3:20-cr-26(S2)-BJD-LLL

SAMUEL ARTHUR THOMPSON

### GOVERNMENT'S BRIEF STATEMENT OF THE CASE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, submits the following brief statement of the case to be read at the beginning of jury selection:

Ladies and Gentlemen, in this case, the United States has charged the defendant, Samuel Arthur Thompson, with several federal offenses.

First, the government has charged the defendant with counts relating to the possession, receipt, and production of child pornography.   The government has also charged that the defendant was required to register as a sex offender when he produced child pornography.

Second, the government has charged the defendant with sending damaging commands to a protected computer without authorization.

Third, the government has charged the defendant with being a felon in possession of a firearm.

Finally, the government has charged the defendant with counts relating to the failure to update his sex offender registration to reflect that he intended to travel outside of the United States.

These crimes are alleged to have been committed by defendant between

December 2017 and September 2019.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    s/ *Laura Cofer Taylor*
LAURA COFER TAYLOR
USA No. 170
E-mail: Laura.C.Taylor@usdoj.gov

BRENNA FALZETTA
USA No. 213
E-mail: Brenna.Falzetta@usdoj.gov

ADAM DUSO
Florida Bar No. 1026003
E-mail: Adam.Duso@usdoj.gov

Assistant United States Attorneys
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2023, I filed the foregoing with the Clerk

of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

>Christopher Eric Roper, Esq.
>*Standby Counsel for Defendant*

I hereby certify that on November 2, 2023, a true and correct copy of the

foregoing document and the notice of electronic filing were sent by United States

Mail to the following non-CM/ECF participant(s):

>Samuel Arthur Thompson, pro se
>Baker County Detention Center
>P.O. Box 1629
>MacClenny, Florida 32063

>*s/ Laura Cofer Taylor*
>LAURA COFER TAYLOR
>Assistant United States Attorney