# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL ARTHUR THOMPSON<br><br>Defendant | CASE NO.: 3:01-cr-26-BJD-LLL |

### DEFENDANT'S PROPOSED STATEMENT OF THE CASE

TO THE HONORABLE JUDGE BRIAN J. DAVIS:

The Defendant in the above styled and numbered cause, Samuel Arthur Thompson, *pro se*, pursuant to the Court's Order of November 1, 2023, respectfully submits the following:

Mr. Thompson adopts the government's proposed statement of the case with the following provision at the end of the statement:

Mr. Thompson denies the allegations and maintains that he did not commit the charged offenses. Mr. Thompson has pled not guilty to all counts of the indictment.

Respectfully Submitted,

By: s/ Samuel A. Thompson
Defendant, *Pro Se*

        Submitted by:
        *C. Eric Roper*
        Standby Counsel for Defendant
        Florida State Bar Number:  84619
        301 W. Bay Street, Suite 1413
        Jacksonville, FL 32202
        Telephone:  (904) 354-8775
        Fax:  (904) 779-3247
        E-mail:  eric@ericroperlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of November, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        Respectfully Submitted,


        By: *s/ C. Eric Roper*
        C. Eric Roper