UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,   Case No. 3:20-cr-26(S2)-BJD-LLL

v.

[ ] Evidentiary
[X] Trial
[ ] Other

SAMUEL ARTHUR THOMPSON

# DEFENSE AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| Demonstrative Exhibit 1 | | | Thompson | TeamViewer Link Chart |
| 2 | | | Webb Dean Rosen | Jaguars Computer System Intrusion Report |
| 3 | 11/8/23 | 11/8/23 | Perekh | Anonymous Letter |
| 4 | 11/14/23 | 11/14/23 | Caceres Derstine | Replay Death |
| 5 | | | Sheikh Rosen | Abekas Loaner e-mail |
| 6 | | | Sheikh | Abekas Loaner Agreement |
| 7 | | | Thompson | Incident Summery |
| 8 | | | Thompson | Tax Slayer Video Board Failure |
| 9 | 11/8/23 | 11/8/23 | Parekh Vanderleest | Letter from Megha |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,                Case No. 3:20-cr-26(S2)-BJD-LLL

v.                                       [ ] Evidentiary
                                         [X] Trial
                                         [ ] Other
SAMUEL ARTHUR THOMPSON

# DEFENSE AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| Demonstrative Exhibit 1 | | | Thompson | TeamViewer Link Chart |
| 2 | | | Webb Dean Rosen | Jaguars Computer System Intrusion Report |
| 3 | 11/8/23 | 11/8/23 | Perekh | Anonymous Letter |
| 4 | 11/14/23 | 11/14/23 | Caceres Derstine | Replay Death |
| 5 | | | Sheikh Rosen | Abekas Loaner e-mail |
| 6 | | | Sheikh | Abekas Loaner Agreement |
| 7 | | | Thompson | Incident Summery |
| 8 | | | Thompson | Tax Slayer Video Board Failure |
| 9 | 11/8/23 | 11/8/23 | Parekh Vanderleest | Letter from Megha |

| | | | | |
|---|---|---|---|---|
| 10 / 10A | 11/8/23 | 11/8/23 | Rosen | Abekas Return e-mail thread |
| 11 | | | Norris | Hearing Tr. Vol. I. March 2, 2023 |
| 12 | | | Norris | Grand Jury Tr., February 12, 2020 |
| 13 | 11/15/23 | 11/15/23 | Derstine | E-mail from Derstine to Thompson dated October 20, 2017 |
| 14 | 11/16/23 | 11/16/23 | Thompson | Photo Jaguar Credential |
| 15 | 11/16/23 | 11/16/23 | Thompson | Photo SMG Credential |
| 16 | 11/16/23 | 11/16/23 | Thompson | Video from Control Room |
| 17 | | | Thompson | Cellebrite Generating Dictionary Files |
| 18 | | | Thompson | Video dated December 3, 2018 - MIRA9120 review by Jaguars |
| 19 | 11/16/23 | 11/16/23 | Thompson | Composite of photos referenced in Government's Exhibit 41 page 36 |
| 20 | | | Thompson | Video from Tax Slayer Video Board Failure |
| 21 | | | Thompson | Video I produced in 1990 about the church youth group |
| 22 | 11/15/23 | 11/15/23 | | Video |