Enough is enough. It is time for him to go. Sam Thompson, aka Sam Adams is a vile human being and needs to be fired immediately. One would think that with his reputation and record that he would have worked all these years to become a better person. Clearly he has not and we are sick and tired of his behavior. Let's put Sam's personality and character into prospective if you haven't already been made aware. In 1998, back in his beloved home state of Alabama Sam sodomized a 15 year old boy while attending church youth camp. Sam is a convicted sexual predator. Why and how long ago did Sam decide to move to Jacksonville? To learn more simply go to the JSO website and look him up on the register. We're sure it would send chills up any parent's spine to know this animal was calling the shots of their kids up on the jumbo tron. Ask privately ANY employee who works with or has ever worked with Sam what they really think of him. Ask them how he has treated them, how he always talks down to everyone. Ask about how it's NEVER Sam's fault when something is wrong. Ask about the inappropriate language he uses on a daily basis. Ask the truth about what happened to camera 7. Ask about how everything with Sam is MY, ME and MINE. The way he talks you'd think he owns the team. Sam is not a team player and his past shows he has never been a team player. Sam is not even a director. Look closer and you'll see he does a horrible job at it and imagine the possibilities if we had a real director instead of just a loud mouth. Apart from his short lived NASA gig what are Sam's directing credentials? Maybe even look a little closer into how Sam snaked his way into that NASA gig and you might find even more evidence of Sam Shady. It's a total and complete travesty that a group of so many have had to remain silent out of fear of losing one's job if they spoke up against this menace. Is there a hidden reason Sam got to where he is? What corporation would allow this to happen?? You in upper management have already given us doubts as to whether our individual voices would be respectfully heard so now we're being forced to take greater measures if this letter isn't taken seriously. Even a rookie investigative reporter wouldn't find it difficult to discover the dirty dealings of this little man. It's a shame that more time was spend keeping this letter anonymous than was spent composing it. We do not need proper grammar to show you what's right in your faces. We tried being nice about it and Sam barely received the equivalent of a slap on the wrist. In this day and age with so many people coming out saying "Me too" do we really want Sam to tarnish what the team has accomplished? WE DO NOT. We only want a real director that is as good as our team aspires to be and as good as our fans and city deserve. We want someone who inspires us to do the best we can, NOT a sexual predator who constantly berates us and makes us uncomfortable to be around. We need a leader who understands what it is to be a team member and who is NOT only in it for himself. Our team deserves it. This is truly a good versus evil moment in our history, how will you handle this? It's now up to you to do the right thing.

16214

Print Single Page Flyer    Print Full Page Flyer

**Florida Department of Law Enforcement - Sexual Offender / Predator Flyer**



Samuel Arthur Thompson
Date Of Photo: 01/19/2017

| | |
|---|---|
| Click Here to Track this Offender | |
| Designation: | Sexual Offender |
| Name: | Samuel Arthur Thompson |
| Status: | Released - Subject to Registration |
| Department of Corrections #: | Not Available Search the Dept of Corrections Website |
| Date of Birth: | 07/31/1970 |
| Race: | White |
| Sex: | Male |
| Hair: | Grey |
| Eyes: | Brown |
| Height: | 5'05" |
| Weight: | 180 lbs |

Thompson is registered as a Sexual Offender. Positive identification cannot be established unless a fingerprint comparison is made.

**Aliases**
Not Available

**Scars, Marks & Tattoos**
None Reported

**Address Information**

| Address | Address Source Information | Map Link |
|---|---|---|
| 113 Marsh Island Cir Saint Augustine, FL 32095-9644 Saint Johns County | Source: Registration Received: 01/16/2014 Type of Address: Permanent | Show Map |

**Crime Information - Qualifying Offenses**

| Adjudication Date | Crime Description | Court Case Number | Jurisdiction & State | Adjudication |
|---|---|---|---|---|
| 04/22/1998 | SEX OFFENSE, OTHER STATE (Alabama - Sexual Abuse 2nd, Sodomy 2nd) | Not Available | Mobile, AL | Guilty/convict |

**Victim Information**

Gender: Unknown    Minor: Yes

Link to FDLE                                    Subject's Flyer