DEFENSE 4

| | |
|---|---|
| From: | thompsonsa@nfl.jaguars.com |
| Sent: | Thursday, November 2, 2017 2:04 PM |
| To: | Madgett.Scott@mayo.edu |
| Subject: | RE: Replay Machine Death |

Yes sir!



Sam Thompson | Control Room Engineer
Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-633-2246 office |
(904) 813-6066 cell | ThompsonSa@nfl.jaguars.com

GAME DAY STARTS WITH YOU! GET TICKETS »

**From:** Madgett, Scott C. [mailto:Madgett.Scott@mayo.edu]
**Sent:** Thursday, November 02, 2017 2:02 PM
**To:** Thompson, Sam <thompsonsa@nfl.jaguars.com>
**Subject:** RE: Replay Machine Death

Sounds good! Would I just give your name at security?

**From:** Thompson, Sam [thompsonsa@nfl.jaguars.com]
**Sent:** Thursday, November 02, 2017 12:58 PM
**To:** Madgett, Scott C.
**Cc:** Bez Zahedi; Caceres, Carlos; Tim Derstine; Michael Kljucaric; Abekas - Tech Support
**Subject:** Re: Replay Machine Death

I'll be on site Saturday- so if you can swing by I think it would be good to have a comfort level going into Sunday's game

Sent from my iPhone

On Nov 2, 2017, at 12:53, Madgett, Scott C. <Madgett.Scott@mayo.edu> wrote:

I can come by on Saturday and spend some time with the machines if someone will be there to get me in to the room. Unless you think that would be uneccessary Carlos and Sam?
Scott

**From:** Bez Zahedi [bzahedi@rossvideo.com]
**Sent:** Thursday, November 02, 2017 11:59 AM
**To:** Caceres, Carlos; Tim Derstine
**Cc:** Madgett, Scott C.; Thompson, Sam; Michael Kljucaric; Abekas - Tech Support
**Subject:** RE: Replay Machine Death

All 3 Mira servers have been updated.

Thanks,
Bez.

**From:** Caceres, Carlos [mailto:caceresc@nfl.jaguars.com]
**Sent:** Thursday, November 2, 2017 7:07 AM
**To:** Tim Derstine <jaxjazzi@att.net>
**Cc:** Bez Zahedi <bzahedi@rossvideo.com>; Madgett, Scott C. <Madgett.Scott@mayo.edu>; Thompson, Sam <thompsonsa@nfl.jaguars.com>; Michael Kljucaric <mkljucaric@rossvideo.com>; Abekas - Tech Support <AbekasTechSupport@rossvideo.com>
**Subject:** Re: Replay Machine Death

I do not believe the other two have been updated. If not, here are the team viewer logins for the other two machines.

- Carlos Caceres

Sent from my iPhone

On Nov 2, 2017, at 7:33 AM, Tim Derstine <jaxjazzi@att.net> wrote:

Guys,
Thanks for all your efforts to resolve this issue. Were all 3 Mira's updated to 6.1.9? I assume there's no operational changes?
Mike,
To answer one of your questions below, I did in fact, three times power cycle the Mira in question. One time draining power completely by removing the power cables and pushing the power button for 30+ seconds, then rebooting. Also, before updating software, were you (or anyone) ever able to recreate the issue?

Tim Derstine
Sent from iPhone

On Nov 1, 2017, at 1:26 PM, Bez Zahedi <bzahedi@rossvideo.com> wrote:

This one is updated.

**From:** Madgett, Scott C. [mailto:Madgett.Scott@mayo.edu]
**Sent:** Wednesday, November 1, 2017 10:13 AM

**To:** Bez Zahedi <bzahedi@rossvideo.com>; Thompson, Sam <thompsonsa@nfl.jaguars.com>
**Cc:** Michael Kljucaric <mkljucaric@rossvideo.com>; Tim Derstine <jaxjazzi@att.net>; Caceres, Carlos <caceresc@nfl.jaguars.com>; Abekas - Tech Support <AbekasTechSupport@rossvideo.com>
**Subject:** RE: Replay Machine Death

Yes, that was the only machine that had the problem.

**From:** Bez Zahedi [mailto:bzahedi@rossvideo.com]
**Sent:** Wednesday, November 01, 2017 12:12 PM
**To:** Thompson, Sam
**Cc:** Michael Kljucaric; Madgett, Scott C.; Tim Derstine; Caceres, Carlos; Abekas - Tech Support
**Subject:** RE: Replay Machine Death

We would update all three. But can we just update this one I have access to and have someone maybe test the output 1 /2 like on the last event that failed ?
This is the only server that had this issue, right ?

Thanks,
Bez.

**From:** Thompson, Sam [mailto:thompsonsa@nfl.jaguars.com]
**Sent:** Wednesday, November 1, 2017 8:49 AM
**To:** Bez Zahedi <bzahedi@rossvideo.com>
**Cc:** Michael Kljucaric <mkljucaric@rossvideo.com>; Madgett, Scott C. <Madgett.Scott@mayo.edu>; Tim Derstine <jaxjazzi@att.net>; Caceres, Carlos <caceresc@nfl.jaguars.com>; Abekas - Tech Support <AbekasTechSupport@rossvideo.com>
**Subject:** Re: Replay Machine Death

My question is - Do the three Mira's need to be updated to keep the functionality of sharing clips?

I'm fine with the update - the challenge is I'm afraid the "test" will be the NFL game this Sunday

Thx
Sam

Sent from my iPhone

On Nov 1, 2017, at 11:46, Bez Zahedi <bzahedi@rossvideo.com> wrote:

Yes,

Engineering also recommends an update, since more Net Video/audio changes were made.
Can I update that Mira and you guys test ?
That Mira is on 6.1.4, and we are now at 6.1.9

Thanks,
Bez.

**From:** Michael Kljucaric
**Sent:** Wednesday, November 1, 2017 6:10 AM
**To:** Thompson, Sam <thompsonsa@nfl.jaguars.com>; Madgett, Scott C. <Madgett.Scott@mayo.edu>
**Cc:** Tim Derstine <jaxjazzi@att..net>; Caceres, Carlos <caceresc@nfl.jaguars.com>; Bez Zahedi <bzahedi@rossvideo.com>; Abekas - Tech Support <AbekasTechSupport@rossvideo.com>
**Subject:** RE: Replay Machine Death

Thanks Sam. That was indeed tripping me up a bit.

Bez: what are we thinking? I feel like all 3 machines should get a software update. They have a fairly early version of 6.1 if I recall, and they could benefit from some of the stability fixes that went into the clip networking. Other than that, what else did you find on your end and what other steps should we take?

Jags: Sam, I agree that cold restarts not solving the problem is troubling. Scott/Tim, just to confirm, you actually power cycled the system and the problem was till there? Is the problem still there today?

- Mike

**From:** Thompson, Sam [mailto:thompsonsa@nfl.jaguars.com]
**Sent:** Wednesday, November 1, 2017 5:54 AM
**To:** Madgett, Scott C. <Madgett.Scott@mayo.edu>
**Cc:** Tim Derstine <jaxjazzi@att..net>; Michael Kljucaric <mkljucaric@rossvideo.com>; Caceres, Carlos <caceresc@nfl.jaguars.com>; Bez Zahedi <bzahedi@rossvideo.com>; Abekas - Tech Support <AbekasTechSupport@rossvideo.com>
**Subject:** Re: Replay Machine Death

I think our naming conventions might be confusing the group - what we call channel A and B are actually G and H on the Mira - so technically when Tim and Scott say they put A into record is not accurate- in our configuration we record on the first 6 channels and play out on the last 2 -

A = Slomo 1-1 record
B = Slomo 1-2 record
C = Slomo 1-3 record
D = Slomo 1-4 record
E = Slomo 1-5 record
F = Slomo 1-6 record
G = Replay A play out
F = Replay B play out

When your putting what we call "A" into record isn't technically record - but playing out one of the record streams of channels A-F (or 1-1 - 1-6 depending on how you look at it) so that if E (1-5) had a bad camera feed - and it was selected on Replay A (G) - then Replay A (G) is simply playing the bad camera feed on 1-5 at the same time 1-5 is recording it.

Sounds to me like the guys at Abekas found a potential bug in the software of sharing clips across multiple replays - and because the crash happened during one of those moments - hopefully we can figure out the solution-

The alarming thing for me is that several cold restarts didn't clear the bug - and having an engineer and operator with several years of experience on this device couldn't correct it in a live event - thankfully this was a collage game and not NFL - that being said we have back to back NFL games starting this week -

We need a solution is hand today - Abekas - please advise next steps

-sam

Sent from my iPhone

On Nov 1, 2017, at 06:19, Madgett, Scott C. <Madgett.Scott@mayo.edu> wrote:

> Yes, that is all correct Tim.
>
> **From:** Tim Derstine [mailto:jaxjazzi@att.net]
> **Sent:** Tuesday, October 31, 2017 11:08 PM
> **To:** Michael Kljucaric
> **Cc:** Madgett, Scott C.; Thompson, Sam; Caceres, Carlos; Bez Zahedi; Abekas - Tech Support
> **Subject:** Re: Replay Machine Death
>
> Yes, that's correct. Ch A and B are the replay output channels (how Slomo 1 playout channels are labeled in the switcher)..
> When selecting "Record" on Ch A, the video output was going to hash. When loading a clip into this channel, it played back fine. Ch B was working normally.
> Scott, correct me if I'm wrong about any of the above.
>
> Tim Derstine
> Sent from iPhone
>
> On Oct 31, 2017, at 6:36 PM, Michael Kljucaric <mkljucaric@rossvideo.com> wrote:
>
>> Hi Tim,
>>
>> I think there's some disagreement on what channel this is happening in. By channel A, you are referring to slomo 1's first playback channel, correct? That's what Scott's email seemed to indicate. And by putting it in record, do you mean hitting the big red LIVE EE button on the replay control panel?
>>
>> - Mike
>>
>> On Oct 31, 2017, at 6:05 PM, Tim Derstine <jaxjazzi@att.net> wrote:
>>
>>> Hi Mike,
>>> Just read the discussion thread on this, so thought I'd chime in. During the troubleshooting process, I had checked all inputs directly on the rear of the Mira chassis and everything looked good. These inputs come from the Evertz router via embedders.. When putting channel A into record, the video showed up on the display as hash. Scott then loaded a previously recorded clip into Ch A and it played fine. But going back into record produced the "hash" on the output. We tried a couple cold reboots, but same issue, only on channel A.
>>>
>>> Tim Derstine
>>> Sent from iPhone
>>>
>>> On Oct 31, 2017, at 3:06 PM, Michael Kljucaric <mkljucaric@rossvideo.com> wrote:
>>>
>>>> Bez,
>>>>
>>>> Sounds a little bit like the old break that the network clips feature used to have that Marsha and I found, when during playlist playout the program channel would get stuck... just strange that it happened to be black rather than video.
>>>>
>>>> - Mike
>>>>
>>>> On Oct 31, 2017, at 3:00 PM, Madgett, Scott C. <Madgett.Scott@mayo.edu> wrote:
>>>>
>>>>> I was in fact using clips from box 2 in my playlist, the final clip that I was trying to punch to was a local clip.
>>>>>
>>>>> From: Michael Kljucaric [mkljucaric@rossvideo.com]
>>>>> Sent: Tuesday, October 31, 2017 2:46 PM
>>>>> To: Madgett, Scott C.
>>>>> Cc: Thompson, Sam; Caceres, Carlos; Bez Zahedi; Abekas - Tech Support; Tim Derstine
>>>>> Subject: Re: Replay Machine Death
>>>>>
>>>>> Scott,
>>>>>
>>>>> Were all the clips that you were using in your playlist your own local clips? Or did you have some clips in your playlist from the other Miras (using the new clip networking feature)?
>>>>>
>>>>> - Mike
>>>>>
>>>>> On Oct 31, 2017, at 2:29 PM, Madgett, Scott C. <Madgett.Scott@mayo.edu<mailto:Madgett.Scott@mayo.edu>> wrote:
>>>>>
>>>>> My best attempt at describing what I saw happen... During the playback of a playlist, I attempted to cut from the program clip in channel A to the

preview clip (the next and final clip in my playlist) I used the "Take"
function to do that. That is when I got black on channel A. My assumption
was that I hit Take too late and jumped thru my final clip to black.
However when I attempted to go back to live/ game record mode, the
Black remained on channel A. At that point I was unable to route anything
to channel A and if I remember correctly the box seemed to be frozen in
general. After shutting down the software and reopening, channel one of
the inputs was showing noise. I did create two new Replay Events in the
midst of that. Tim did some trouble shooting to that but we never got back
to receiving clean video on that input. I was pretty focused on working
game from box 3 at that point so unfortunately I was not able to do much
troubleshooting. I know that I tried a few things rapid fire style, obviously
nothing resolved the issue so I can't say that anything I tried or thought of
in the moment would be helpful.
Scott

---

From: Thompson, Sam
[thompsonsa@nfl.jaguars.com<mailto:thompsonsa@nfl.jaguars.com>]
Sent: Tuesday, October 31, 2017 1:01 PM
To: Caceres, Carlos
Cc: Bez Zahedi; Michael Kljucaric; Abekas - Tech Support; Tim Derstine;
Madgett, Scott C.
Subject: Re: Replay Machine Death

All -

Trying to determine what the failure was - I think the question is why
could we load a clip but not go EE and pass through a channel? If for
example you were trying to EE from channel A (not to be confused with
how we call our replay channels where in this case A is considered the
number 1 input of that specific device) - did you attempt to verify the
input channel had valid signal? For example if slomo 1-1 had no video or
bad video and that is what you were trying to go EE to the output — did
you try and go EE from slomo 1-2?

Hopefully this makes sense

Sam

Sent from my iPhone

On Oct 31, 2017, at 12:22, Caceres, Carlos
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
wrote:

<65E21D2F-C09C-45DF-AC7F-99E07F30086A
[7].png><https://na01.safelinks.protection.outlook.com/?url=http%3A%
2F%2Fwww.jaguars.com%2F&data=02%7C01%7Cmkljucaric%
40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=3SWd70ovUa8PhHmbVZ9DlSPm2vjACfcJOk6BG4lsA2A%
3D&reserved=0>

Carlos Caceres | Production Manager
Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-6356 |
caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>

<562DF56A-A235-4BAF-9172-32A9999290AA
[7].png><https://na01.safelinks.protection.outlook.com/?url=https%3A%
2F%2Ftwitter.com%2Fjaguars&data=02%7C01%7Cmkljucaric%
40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=ec21dXlQ%2BCQDLMd3nxn%
2Fvh0grU2DpeHAPKcapMQ%2FQBM%3D&reserved=0> <93F5F183-
4145-42DE-909C-8345D565C25F
[7].png><https://na01.safelinks.protection.outlook.com/?url=http%3A%
2F%2Fwww.facebook.com%2Fjacksonvillejaguars&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=EBZBe1StEsW8Szj%
2Fhuba3IRf2lMBGbboukbFS%2FvPACk%3D&reserved=0>
<2A7AFA37-8774-4F47-BE87-5E91BAA73A64
[7].png><https://na01.safelinks.protection.outlook.com/?url=http%3A%
2F%2Fwww.linkedin.com%2Fcompany%2Fjacksonville-
jaguars&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=1bJw0ds2Qj%2BiH%
2B3vWTGDLkxLevNF4w9h9Ebq7ePweaQ%3D&reserved=0>

[jaguars.com<https://na01.safelinks.protection.outlook.com/?url=http%
3A%2F%2Fjaguars.com&data=02%7C01%7Cmkljucaric%

26967

40rossvideo.com%7Cc58f88286b664286343508d520919b3b%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450732108212670&sdata=1PVjB7qpLRxJb5gl%
2BeQgiUzpWtKtvn5w6N7gBspxqT8%3D&reserved=0>]
<https://na01.safelinks.protection..outlook.com/?url=http%3A%2F%
2Fwww.jaguars.com%2Ftickets%2Findex.html&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=9c0SMaqK2fG%2Bc4tAG0EgIg9%
2BSSZr0vRbnf0nO2%2FUras%3D&reserved=0>

From: "Thompson, Sam"
<thompsonsa@nfl.jaguars.com<mailto:thompsonsa@nfl.jaguars.com><mailto:thompsonsa@nfl.jaguars.com>>
Date: Tuesday, October 31, 2017 at 12:21 PM
To: Carlos Caceres
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
Cc: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>,
Michael Kljucaric
<mkljucaric@rossvideo.com<mailto:mkljucaric@rossvideo.com><mailto:mkljucaric@rossvideo.com>>,
Abekas - Tech Support
<AbekasTechSupport@rossvideo.com<mailto:AbekasTechSupport@rossvideo.com><mailto:AbekasTechSupport@rossvideo.com
Subject: Re: Replay Machine Death

Carlos - would you mind looping Scott and Tim into the conversation?

For the group - Scott is the operator - who has ran this exact Mirra from
day 1 - also Tim is our EIC and has been from the beginning of this
control room - they were the two that were engaged in trouble shooting the
failure during the event.

Thx
Sam

Sent from my iPhone

On Oct 31, 2017, at 12:17, Caceres, Carlos
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
wrote:

I think the issue was when we tried playing out on the first channel. I'm
not sure if there was re-routing or not, but wouldn't that be normal
function during a game? A replay op changing incoming angles?

<65E21D2F-C09C-45DF-AC7F-99E07F30086A
[6].png><https://na01.safelinks.protection.outlook.com/?url=http%3A%
2F%2Fwww.jaguars.com%2F&data=02%7C01%7Cmkljucaric%
40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=3SWd70ovUa8PhHmbVZ9DlSPm2vjACfeJOk6BG4lsA2A%
3D&reserved=0>

Carlos Caceres | Production Manager
Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-6356 |
caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>

<562DF56A-A235-4BAF-9172-32A9999290AA
[6].png><https://na01.safelinks.protection.outlook.com/?url=https%3A%
2F%2Ftwitter.com%2Fjaguars&data=02%7C01%7Cmkljucaric%
40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=ec21dXlQ%2BCQDLMd3nxn%
2Fvh0grU2DpeHAPKcapMQ%2FQBM%3D&reserved=0> <93F5F183-
4145-42DE-909C-8345D565C25F
[6].png><https://na01.safelinks.protection.outlook.com/?url=http%3A%
2F%2Fwww.facebook.com%2Fjacksonvillejaguars&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=EBZBe1SfEsW8Szj%
2Fhuba3IRf2IMBGbboukbFS%2FvPACk%3D&reserved=0>
<2A7AFA37-8774-4F47-BE87-5E91BAA73A64
[6].png><https://na01.safelinks.protection.outlook.com/?url=http%3A%
2F%2Fwww.linkedin.com%2Fcompany%2Fjacksonville-
jaguars&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=1bJw0ds2Qj%2BiH%
2B3vWTGDLkxLevNF4w9h9Ebq7ePweaQ%3D&reserved=0>

[jaguars.com<https://na01.safelinks.protection.outlook.com/?url=http%
3A%2F%2Fjaguars.com&data=02%7C01%7Cmkljucaric%

40rossvideo.com%7Cc58f88286b664286343508d520919b3b%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450732108212670&sdata=1PVjB7qpLRxJb5gl%
2BeQgiUzpWtKtvn5w6N7gBspxqT8%3D&reserved=0>]
<https://na01.safelinks.protection..outlook.com/?url=http%3A%2F%
2Fwww.jaguars.com%2Ftickets%2Findex.html&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=9c0SMaqK2fG%2Bc4tAG0EgIg9%
2BSSZr0vRbnf0nO2%2FUras%3D&reserved=0>

From: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
Date: Tuesday, October 31, 2017 at 11:48 AM
To: Carlos Caceres
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
Cc: Michael Kljucaric
<mkljucaric@rossvideo.com<mailto:mkljucaric@rossvideo.com><mailto:mkljucaric@rossvideo.com>>,
Abekas - Tech Support
<AbekasTechSupport@rossvideo.com<mailto:AbekasTechSupport@rossvideo.com><mailto:AbekasTechSupport@rossvideo.com
Subject: RE: Replay Machine Death

Hi Carlos,

I temporarily had changed the setting for the control panel.. I set it back.

About the recording, everything looks normal. I also looked at the event
that had glitches, and it looks like the feeds were going off on different
channels but came back.
Do you know if someone was re-routing or doing something ?

Thanks,
Bez.

From: Caceres, Carlos [mailto:caceresc@nfl.jaguars.com]
Sent: Tuesday, October 31, 2017 6:52 AM
To: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
Subject: Re: Replay Machine Death

Good morning, Bez! The replay machine is recording on all six channels...
I created a new replay event. When I click to open on control panel,
nothing happens.

Please also see attached for teamviewer login. I made a new one just to be
safe.

I'm here if you need anything. Let me know. Thank you.

[image1.jpeg]
- Carlos Caceres

Sent from my iPhone

On Oct 30, 2017, at 7:01 PM, Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
wrote:
No problem...

Were there other channel problems as well ?
Actually if you could connect all 6 CH, that would be great.

Thanks,
Bez.

From: Caceres, Carlos [mailto:caceresc@nfl.jaguars.com]
Sent: Monday, October 30, 2017 3:42 PM
To: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
Subject: Re: Replay Machine Death

Hey man sorry I just left the building. I will have to circle back on this
tomorrow morning. Sorry for making you wait on me all day. Typically
stupid Monday stuff I got caught up with.

<image001.png><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2F&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=3SWd70ovUa8PhHmbVZ9DlSPm2vjACfcJOk6BG4lsA2A%
3D&reserved=0>

Carlos Caceres | Production Manager

Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-6356 |
caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>

<image002.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttps-3A__twitter.com_jaguars%26d%3DDwMFAg%26c%
3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANvgOBS0%26m%
3DUgwIK3L01P4KaWeqmZVPeLdY6femdb8W5U_oAW-oCgw%26s%
3D_qPeYVEjaXbFNhqNZlv4hN6Jk1gNPwVyiCsYxIwI6-s%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=1%
2F1MA9RkrmLBsTDGvDHOm9NkPN1d0w2Yzjs0oGiv2dI%
3D&reserved=0=>
<image003.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www.facebook.com_jacksonvillejaguars%26d%
3DDwMFAg%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANvgOBS0%26m%
3DUgwIK3L01P4KaWeqmZVPeLdY6femdb8W5U_oAW-oCgw%26s%
3DOIi96L7Y-f00d5m-eII2FPNP7lAqqcIcWS3RtFsZsjJU%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=M2RMr4tbOEvhz5c7WCnqa3AjpWHIC%
2FoKijwfJsXD4YM%3D&reserved=0=>
<image004.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www.linkedin.com_company_jacksonville-2Djaguars%
26d%3DDwMFAg%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANvgOBS0%26m%
3DUgwIK3L01P4KaWeqmZVPeLdY6femdb8W5U_oAW-oCgw%26s%
3DwiqnEUZRsluxFQ669A3hbSc_nI92eJfeENcAVXkGHVs%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=SQ%2B%2BzxuB%
2BgOv00cvZJNbgtSWs0XgC3v3aTZPfGqVrs8%3D&reserved=0=>

<image005.jpg><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2Ftickets%
2Findex.html&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=9c0SMaqK2fG%2Bc4tAG0EgIg9%
2BSSZr0vRbnf0nO2%2FUras%3D&reserved=0>

From: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
Date: Monday, October 30, 2017 at 6:37 PM
To: Carlos Caceres
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
Subject: RE: Replay Machine Death

Hi Carlos,

Can you feed something into F so we can test the recording ?

Did you have any issues with CH G (PGM 1) or H ?
Nothing in the logs indicating issues.

Thanks,
Bez.

From: Caceres, Carlos [mailto:caceresc@nfl.jaguars.com]
Sent: Monday, October 30, 2017 10:39 AM
To: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
Subject: Re: Replay Machine Death

I am walking into a meeting in a minute. I can go up there after maybe in
an hour. Any luck?

<image001.png><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2F&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=3SWd70ovUa8PhHmbVZ9DlSPm2vjACfcJOk6BG4lsA2A%
3D&reserved=0>

Carlos Caceres | Production Manager
Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-6356 |
caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>

<image002.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense..proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttps-3A__twitter.com_jaguars%26d%3DDwMFAg%26c%
3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANygOBS0%26m%
3D_f0UHvoRThDkBzCcpok9WhyK88UIqODWLh_aB8GuHJk%26s%
3DiPs1a1e1wx8Og0HNLxi-4K_fxsBitZlJg7PNJmr_gq8%26e&data=02%
7C01%7Cmkljucaric%40rossvideo....com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=V%
2F3e3FSxL62ejdHXfrhQtKjU5CW0CU%2B0msedrZ%2BTAkw%
3D&reserved=0=>
<image003.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www.facebook.com_jacksonvillejaguars%26d%
3DDwMFAg%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANygOBS0%26m%
3D_f0UHvoRThDkBzCcpok9WhyK88UIqODWLh_aB8GuHJk%26s%
3DCP0ZU6lo2dbHeapTjMr6g1XblDv1ZFitmqMdvPyLibA%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=olwu6JctRizv3rQVT0gnpe8rdUEMin4zsR2qvNtt5IY%
3D&reserved=0=>
<image004.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www..linkedin.com_company_jacksonville-2Djaguars%
26d%3DDwMFAg%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANygOBS0%26m%
3D_f0UHvoRThDkBzCcpok9WhyK88UIqODWLh_aB8GuHJk%26s%
3D4o_75bCHSbG-dpKutt__gDAuo-4di4iGDA1ShpOyqrc%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=tr1ESPzrlyRRbMtSH9bgv7bTs8ex8jxF1kr3%
2FiXgrM0%3D&reserved=0=>

<image006.jpg><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2Ftickets%
2Findex.html&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=9c0SMaqK2fG%2Bc4tAG0EgIg9%
2BSSZr0vRbnf0nO2%2FUras%3D&reserved=0>

From: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
Date: Monday, October 30, 2017 at 1:36 PM
To: Carlos Caceres
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
Subject: RE: Replay Machine Death

Hi Carlos,

Can you feed something to ch f?

Thanks,
Bez.

From: Caceres, Carlos [mailto:caceresc@nfl.jaguars.com]
Sent: Monday, October 30, 2017 9:04 AM
To: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>;
Michael Kljucaric
<mkljucaric@rossvideo.com<mailto:mkljucaric@rossvideo.com><mailto:mkljucaric@rossvideo.com>>
Cc: Sandra Hernandez
<shernandez@rossvideo.com<mailto:shernandez@rossvideo.com><mailto:shernandez@rossvideo.com>>;
Rosen, Larry
<rosenl@nfl.jaguars.com<mailto:rosenl@nfl.jaguars.com><mailto:rosenl@nfl.jaguars.com>>;
Thompson, Sam
<thompsonsa@nfl.jaguars.com<mailto:thompsonsa@nfl.jaguars.com><mailto:thompsonsa@nfl.jaguars.com>>;
Jason Morrill
<JMorrill@smgjax.com<mailto:JMorrill@smgjax.com><mailto:JMorrill@smgjax.com>>;
Abekas - Tech Support
<AbekasTechSupport@rossvideo.com<mailto:AbekasTechSupport@rossvideo.com><mailto:AbekasTechSupport@rossvideo.com
Subject: Re: Replay Machine Death

Do I need to do anything on my end besides sending you that attached
info?

Let me know and I can head upstairs. Thanks.

<image001.png><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2F&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=3SWd70ovUa8PhHmbVZ9DlSPm2vjACfcJOk6BG4lsA2A%
3D&reserved=0>

Carlos Caceres | Production Manager
Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-6356 |
caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>

<image002.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttps-3A__twitter.com_jaguars%26d%3DDwMFAg%26c%
3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANvgOBS0%26m%
3D9Y8xdWw7Od0pva-tF0EEg3VCeINqlkM3v8sUHTwpzik%26s%
3DzGXmXoZbOHhzqgb3YRovAbvs_T9c_vp0g4ZPiCI4HeU%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=Tf9lAQhClIFBNFCqbfgz1BbGAYMtxvIW2ukUOSaXrIs%
3D&reserved=0=>
<image003.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www.facebook.com_jacksonvillejaguars%26d%
3DDwMFAg%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANvgOBS0%26m%
3D9Y8xdWw7Od0pva-tF0EEg3VCeINqlkM3v8sUHTwpzik%26s%
3DOOLqXnxytTrU21xbAHY76PxBdob_2gsXdFBnV9JzkQw%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=IkPcjmc0O%2FfjGg95%
2F1AMS19vYKEBm1VzB%2FheKupwYHk%3D&reserved=0=>
<image004.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www.linkedin.com_company_jacksonville-2Djaguars%
26d%3DDwMFAg%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFcFHc0ANvgOBS0%26m%
3D9Y8xdWw7Od0pva-tF0EEg3VCeINqlkM3v8sUHTwpzik%26s%
3DjD_TnEZx7jr3dUSP4eQWPZIwE5CpFskg5cFyeQUWqsU%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=P29MJ33KGxPx8SspMM9NPdFhWrb5RnnceR1hyF8jx9w%
3D&reserved=0=>

<image006.jpg><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2Ftickets%
2Findex.html&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=9c0SMaqK2fG%2Bc4tAG0EgIg9%
2BSSZr0vRbnf0nO2%2FUras%3D&reserved=0>

From: Bez Zahedi
<bzahedi@rossvideo.com<mailto:bzahedi@rossvideo.com><mailto:bzahedi@rossvideo.com>>
Date: Monday, October 30, 2017 at 11:37 AM
To: Michael Kljucaric
<mkljucaric@rossvideo.com<mailto:mkljucaric@rossvideo.com><mailto:mkljucaric@rossvideo.com>>,
Carlos Caceres
<caceresc@nfl...jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
Cc: Sandra Hernandez
<shernandez@rossvideo.com<mailto:shernandez@rossvideo.com><mailto:shernandez@rossvideo.com>>,
"Rosen, Larry"
<rosenl@nfl.jaguars.com<mailto:rosenl@nfl.jaguars.com><mailto:rosenl@nfl.jaguars.com>>,
"Thompson, Sam"
<thompsonsa@nfl.jaguars.com<mailto:thompsonsa@nfl.jaguars.com><mailto:thompsonsa@nfl.jaguars.com>>,
Jason Morrill
<JMorrill@smgjax.com<mailto:JMorrill@smgjax.com><mailto:JMorrill@smgjax.com>>,
Abekas - Tech Support
<AbekasTechSupport@rossvideo.com<mailto:AbekasTechSupport@rossvideo.com><mailto:AbekasTechSupport@rossvideo.com>
Subject: RE: Replay Machine Death

Hi Carlos,

Can you give us TeamViewer access to login and check settings ?

Thanks,
Bez.

From: Michael Kljucaric
Sent: Sunday, October 29, 2017 10:56 AM
To: Caceres, Carlos
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
Cc: Sandra Hernandez
<shernandez@rossvideo.com<mailto:shernandez@rossvideo.com><mailto:shernandez@rossvideo.com>>;
Rosen, Larry
<rosenl@nfl.jaguars.com<mailto:rosenl@nfl.jaguars.com><mailto:rosenl@nfl.jaguars.com>>;
Thompson, Sam
<thompsonsa@nfl.jaguars.com<mailto:thompsonsa@nfl.jaguars.com><mailto:thompsonsa@nfl.jaguars.com>>;
Jason Morrill
<JMorrill@smgjax.com<mailto:JMorrill@smgjax.com><mailto:JMorrill@smgjax.com>>;
Abekas - Tech Support
<AbekasTechSupport@rossvideo.com<mailto:AbekasTechSupport@rossvideo.com><mailto:AbekasTechSupport@rossvideo.com
Subject: Re: Replay Machine Death

Including Abekas tech support.

Hi Carlos,

On replay one, F is usually a record channel, correct? So when the
operator tried to pull up a replay from that angle (the 6th input/camera),
was it just black? How do we know that the channel will play out
correctly? Did you guys change the channel configuration and play out a
server clip from F? Either way yes, please give us the login info whenever
you can and we will log in.

- Mike

On Oct 28, 2017, at 7:56 PM, Caceres, Carlos
<caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>>
wrote:
Good evening!

Channel F on the first replay machine died tonight. It plays out but it will
not record. Any chance you can team viewer in on Monday please and see
what happened? We have games the next two weekends and will need to
get this squared away asap.

As always, thank you guys so much and we will keep in touch.

<65E21D2F-C09C-45DF-AC7F-
99E07F30086A.png><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2F&data=02%7C01%
7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=3SWd70ovUa8PhHmbVZ9DlSPm2vjACfcJOk6BG4lsA2A%
3D&reserved=0>

Carlos Caceres | Production Manager
Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-6356 |
caceresc@nfl.jaguars.com<mailto:caceresc@nfl.jaguars.com><mailto:caceresc@nfl.jaguars.com>

<562DF56A-A235-4BAF-9172-
32A9999290AA.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttps-3A__twitter.com_jaguars%26d%3DDwMGaQ%26c%
3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFeFHc0ANygOBS0%26m%
3D203ibvR59xU5-vXIozLlo0Bgd_CdyNXvnv9n0pCiCpo%26s%
3DWYuTsCtN5bTT-9ajh1lXkn4okqaidlzPf6LxsXUmxEs%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=3zTleoTCVoGRfE6gLrmA%
2FRv2QcJWUP2rmX2Q2F1gnC8%3D&reserved=0> <93F5F183-4145-
42DE-909C-
8345D565C25F.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www.facebook.com_jacksonvillejaguars%26d%
3DDwMGaQ%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNvI4TO1ZOourpFeFHc0ANygOBS0%26m%
3D203ibvR59xU5-vXIozLlo0Bgd_CdyNXvnv9n0pCiCpo%26s%
3D4TDoZYe6jnx_3ZIlZfQLaVaHePznQzJDBj_gv3lC3gc%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%

7C636450713628935536&sdata=6I6nUvpbrUBnSzy%
2FVz4jUXfslN8TfaV6VSWpc6jmAvA%3D&reserved=0=>
<2A7AFA37-8774-4F47-BE87-
5E91BAA73A64.png><https://na01.safelinks.protection.outlook.com/?
url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%
3Dhttp-3A__www.linkedin.com_company_jacksonville-2Djaguars%
26d%3DDwMGaQ%26c%3DvR7hPPKGMb3Dfu46XtMMgQ%26r%
3DYID68s_WIFmVj0SdNyI4TO1ZOourpFcFHc0ANvgOBS0%26m%
3D203ibvR59xU5-vXIozLlo0Bgd_CdyNXvnv9n0pCiCpo%26s%
3DXv0swXMDFc14kv8vwdX19RXOFd03Ppnoxt8XFFb2lVs%
26e&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=ODDEmLYS9kYYiQbE4FLGnMKozGPbSVppch4dnKOuag4%
3D&reserved=0=>

<image006.jpg><https://na01.safelinks.protection.outlook.com/?
url=http%3A%2F%2Fwww.jaguars.com%2Ftickets%
2Findex.html&data=02%7C01%7Cmkljucaric%40rossvideo.com%
7C807e35f34a7d404dc9b208d5208d4ded%
7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C0%
7C636450713628935536&sdata=9c0SMaqK2fG%2Bc4tAG0EgIg9%
2BSSZr0vRbnf0nO2%2FUras%3D&reserved=0>

NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fprod.preview.jaguars.clubs.nfl.com%2Fassets%2FPDFs%2FJacksonvilleJaguarsPrivacyPolicy011316...pdf&data=02%7C01%7Cmkljucaric%40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C1%7C636450713628935536&sdata=4Xuw%2BXfWXIh5U6kzUcF2CR4%2FWzuckfU%2BeKNCMjhC6Bc%3D&reserved=0>

----------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.
NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fprod.preview.jaguars.clubs.nfl.com%2Fassets%2FPDFs%2FJacksonvilleJaguarsPrivacyPolicy011316...pdf&data=02%7C01%7Cmkljucaric%40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C1%7C636450713628935536&sdata=4Xuw%2BXfWXIh5U6kzUcF2CR4%2FWzuckfU%2BeKNCMjhC6Bc%3D&reserved=0>

----------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.
NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of

privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fprod.preview.jaguars.clubs.nfl.com%2Fassets%2FPDFs%2FJacksonvilleJaguarsPrivacyPolicy011316...pdf&data=02%7C01%7Cmkljucaric%40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C1%7C636450713628935536&sdata=4Xuw%2BXfWXlh5U6kzUcF2CR4%2FWzuckfU%2BeKNCMjhC6Bc%3D&reserved=0>
-----------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you. NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fprod.preview.jaguars.clubs.nfl.com%2Fassets%2FPDFs%2FJacksonvilleJaguarsPrivacyPolicy011316...pdf&data=02%7C01%7Cmkljucaric%40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C1%7C636450713628935536&sdata=4Xuw%2BXfWXlh5U6kzUcF2CR4%2FWzuckfU%2BeKNCMjhC6Bc%3D&reserved=0>
-----------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you. NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fprod.preview.jaguars.clubs.nfl.com%2Fassets%2FPDFs%2FJacksonvilleJaguarsPrivacyPolicy011316...pdf&data=02%7C01%7Cmkljucaric%40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C1%7C636450713628935536&sdata=4Xuw%2BXfWXlh5U6kzUcF2CR4%2FWzuckfU%2BeKNCMjhC6Bc%3D&reserved=0>
-----------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.

NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fprod.preview.jaguars.clubs.nfl.com%2Fassets%2FPDFs%2FJacksonvilleJaguarsPrivacyPolicy011316...pdf&data=02%7C01%7Cmkljucaric%40rossvideo.com%7C807e35f34a7d404dc9b208d5208d4ded%7C5d1f9dedbb98418c9ad2e1d24a9152a1%7C0%7C1%7C636450713628935536&sdata=4Xuw%2BXfWXlh5U6kzUcF2CR4%2FWzuckfU%2BeKNCMjhC6Bc%3D&reserved=0>
------------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.
------------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.
------------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.

NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.
------------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.

NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.
------------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.
------------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.

NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.
------------------------------------------------

This e-mail and any attachments may contain information that is confidential to Ross Video.

If you are not the intended recipient, please notify me immediately by replying to this message. Please also delete all copies. Thank you.

NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly

prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here. NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.

prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here. NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available by clicking here.