Jacksonville Jaguars, LLC
1 TIAA Bank Field Drive
Jacksonville, FL 32202

April 16, 2019

Sam Thompson
Via hand delivery

Sam:

As you know, you were engaged by the Jaguars to help with various projects relating to the networks, systems, video control equipment, and other projects from 2013 through 2018. The Jaguars did not renew your engagement in 2018 and have not engaged you in any projects since then. During your engagement, the Jaguars gave you special access to many sensitive and secure areas and systems. The Jaguars trusted your professional judgment and guidance to serve the organization and compensated you for your services. Based on events during the 2018 season, that trust has been irreparably damaged.

During the 2018 season, our technology and video production teams noticed technical issues with the video boards during games. After spending significant resources and time to understand what was driving the technical issues, they discovered that a hacker had been accessing the systems in the control room to intentionally create failures on the video boards. This trespass is punishable under several criminal and civil and state and federal laws. In addition to being illegal, the hacking hurt relationships with our sponsors and fans and damaged relationships between people working on game day. We have conclusive evidence to support that you were the hacker and were able to record the hacking in progress. The evidence is strong enough that an explanation or denial will not change our position.

As a result of our investigation, we ask that you no longer reach out to any personnel employed by the Jaguars or any of our game day partners (such as SMG, Presidio or others) to ask about Jaguars or Bold Events-related business or other matters. We also ask that you do not inquire to persons within or outside our organization regarding your future employment or engagement with the Jaguars or Bold Events. We will not engage you for any future projects. If you are engaged by any outside contractor to work on the premises (the stadium, the amphitheater and the indoor facility, future facilities in areas such as Lot J, or other facilities where we are holding events) for any reason, we will not allow you onsite. We further ask that you no longer visit the premises for or during any Jaguars or Bold Events events. We believe these measures are necessary to protect the security of our systems, our team members, and our fans. Because you trespassed on City equipment, our understanding is that SMG is of the same position that the Jaguars and Bold Events are in this matter. If you violate any of the foregoing, we will alert law enforcement.

To say that we are devastated by this breach of trust does not begin to describe the sense of betrayal, anger and sadness we feel.

*Megha Parekh*

Megha Parekh
Senior Vice President and Chief Legal Officer
Jacksonville Jaguars and Bold Events