**From:** Thompson, Sam [mailto:thompsonsa@nfl.jaguars.com]
**Sent:** Thursday, February 05, 2015 3:57 PM
**To:** Rosen, Larry; Naqi, Hussain; VanDerLeest, Keith; Morrill, Jason
**Subject:** Abekas Mirra Return

To remind all -

We entered into a loaner agreement with Abekas during the 2014 season.

This came about as a result of Chris Williams being present during one of our games, and in a debrief discussing how much we were relying on the Abekas product.

Our three replay systems, 8 channel clip server, and two 8k clip players all use the same hardware. Having one "hot spare" onsite was his recommendation. As a result, Abekas agreed to loan us a system that we installed in the rack next to the other systems.

The terms for the agreement was to purchase the system ($71,800) or return the system by January 19th. I requested a short extension to give us some time to discuss.

It has come time to return the system.

Sam Thompson | Control Room Engineer
Jacksonville Jaguars, LLC
One EverBank Field Drive | Jacksonville, FL 32202
(904) 633-2246 office | thompsonsa@nfl.jaguars.com
(904) 813-6066 cell

 JagSig

NOTICE TO RECIPIENT: This e-mail is intended only for the named recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. No waiver of privilege, confidence or any other right is intended by virtue of communication via the internet. Any unauthorized use, dissemination or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender and destroy all copies of this e-mail and any attachments without printing, reading, forwarding or saving them. Please be aware that internet communications are subject to the risk of data corruption and other transmission errors. For information of extraordinary sensitivity, the use of encryption software is recommended when communicating with us by e-mail. By submitting your or another individual's personal information to the Jaguars, you agree, and confirm your authority from such other individual, to our collection, use and disclosure of such personal information in accordance with our privacy policy, which is available at http://www.jaguars.com/footer/privacy-policy.html