UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:20-cr-26-BJD-LLL

SAMUEL ARTHUR THOMPSON

**VERDICT**

1. As to Count One of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly possessing child pornography, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ___✓___    Not Guilty _____

*If you answered Not Guilty to Question 1, then please skip and do not answer Question 2, and proceed to Question 3. If you answered Guilty to Question 1, then please answer Question 2.*

2. Having found defendant SAMUEL ARTHUR THOMPSON Guilty of the offense charged in Count One of the Indictment, we, the jury, further find that the visual depictions involved in the offense charged in this count:

___✓___ involve at least one prepubescent minor who had not attained 12 years of age at the time of involvement in the depiction, or

_____ do not involve a prepubescent minor who had not attained 12 years of age at the time of involvement in the depiction.

3. As to Count Two of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly receiving child pornography, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____     Not Guilty _____

4. As to Count Three of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly transmitting a program, information, code, or command to a protected computer, intentionally causing damage without authorization, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____     Not Guilty _____

5. As to Count Four of the Indictment, which charges SAMUEL ARTHUR THOMPSON with producing, and attempting to produce, child pornography, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____          Not Guilty _____

*If you answered Not Guilty to Question 5, then please skip and do not answer Question 6, and proceed to Question 8. If you answered Guilty to Question 5, then please answer Question 6.*

6. Having found defendant SAMUEL ARTHUR THOMPSON Guilty of the offense charged in Count Four of the Indictment, we, the jury, further unanimously find the defendant:

_____ Is Guilty of Count Four because he produced child pornography,

_____ Is Guilty of Count Four because he attempted to produce child pornography, or

___✓___ Is Guilty of Count Four because he both produced and attempted to produce child pornography.

7. As to Count Five of the Indictment, which charges SAMUEL ARTHUR THOMPSON with producing child pornography while being required to register as a sex offender, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____          Not Guilty _____

3

8. As to Count Six of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly failing to update his sex offender registration to disclose information about foreign travel, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____          Not Guilty _____

9. As to Count Seven of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly receiving child pornography, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____          Not Guilty _____

10. As to Count Eight of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly possessing a firearm while he knew he was a convicted felon, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____          Not Guilty _____

11. As to Count Nine of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly possessing child pornography, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty __✓__    Not Guilty _____

*If you answered Not Guilty to Question 11, then please skip and do not answer Question 12, and proceed to Question 13. If you answered Guilty to Question 11, then please answer Question 12.*

12. Having found defendant SAMUEL ARTHUR THOMPSON Guilty of the offense charged in Count Nine of the Indictment, we, the jury, further find that the visual depictions involved in the offense charged in this count:

__✓__ involve at least one prepubescent minor who had not attained 12 years of age at the time of involvement in the depiction; or

_____ do not involve a prepubescent minor who had not attained 12 years of age at the time of involvement in the depiction.

5

13. As to Count Ten of the Indictment, which charges SAMUEL ARTHUR THOMPSON with knowingly failing to update his sex offender registration to disclose information about foreign travel, we, the Jury, find the defendant, SAMUEL ARTHUR THOMPSON:

Guilty ____✓____      Not Guilty _____

SO SAY WE ALL, this __17__ day of November 2023.


FOREPERSON