Does yes mean we agree to have government keep the items

███████████████████████