## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>SAMUEL ARTHUR THOMPSON<br>Defendant | CASE NO.: 3:20-cr-26-BJD-LLL |

## DEFENDANT'S SENTENCING MEMORANDUM

**COMES NOW,** the Defendant, Samuel Arthur Thompson, *pro se*, (Mr. Thompson), respectfully submits the following sentencing memorandum for the Court's consideration.

## INTRODUCTION

I was born Samuel Thomas Adams, July 31, 1970 in Mobile Alabama. The third of three children born within a year of the other. I was not raised with my biological brother and sister, and have no memory of them during my youth. My biological parents separated at the time of my birth, and I became very sick requiring hospitalization. My brother and sister went to live with my paternal grandparents, and I went to my maternal grandparents.

**My Adoption**

While in the hospital, my maternal grandmother never left my side. She is the only woman that I have ever called mom. She was a woman of God, and made a covenant with God that if He would let me live that she would raise me in His House and that I would do great things in His name. He did, and she did. My earliest memory is being around five years old in a courtroom the day my adoption was finalized. My grandparents became my parents, and my name was changed to what it is today.

To be clear, I have called them mom and dad my entire life, and the only people that I have ever considered or called my parents. I grew up dirt poor, with seven brothers and sisters in a small three-bedroom shotgun house with a tin roof. There was no air conditioning, and the only heat was a gas heater in the living room.

**My Brother Ben**

Before I was born, my parents first born child, Benjamin Arthur Thompson, Jr., went missing in Vietnam. I was often compared to Ben, was told that I looked like him when I was young.

When the first MIA/POW bracelets come out I got one with my brothers' information on it. I have worn that bracelet for over twenty-five years. Every major event that I did, Ben was there with me. Before each of the twenty-six

Space Shuttle launches I directed, I would take his bracelet off and set it on the console in front of me. Everyone around me knew that my brother was there, that my brother was not forgotten.

When I was extradited to LA, agent Moxley took that bracelet from my wrist, threw it into a backpack and gave that backpack to an Asian Air employee. I begged him not to do that, his response, not his problem.

**I Grew up in Church**

For the first sixteen years of my life, I never missed a Sunday at church, not one. I received perfect attendance pens for each of those years. We attended First Assembly of God Saraland, and that is the same church that both my mom and dads' caskets sat at the altar of for their funerals.

**Education**

I have always understood things without being taught those things. I started to realize this in middle school. The early 80's when the first personal computers became available. I taught myself basic programming. At some point the assistant principle of the middle school I was attending started calling me out of class to his office to assist him in programming. He was instrumental in my first job, prior to my freshman year of high school. I was hired before the school year began, to give the teachers a working knowledge of how to operate the new computers at the high school.

In both middle and high school, I spent little time in class. Always being called out, working on this, fixing that, programming another. By my junior year of high school, I was being invited to speak in a marketing class at the University of South Alabama.

I was very active in my church. Sound, lights, production. It was during this time that I began to know my Fathers voice. A voice as clear as any other, except it was in my head. I was barely a teenager, running sound at the church. I was trying to understand why an audio amplifier had quit working. I was able it take it apart, fix it, and put it back together again. Self-taught, God-taught, however you want to quantify my knowledge, I have never taken a class, or been taught any of the skills that I have used in my over 40-year career.

**My Career in Broadcast**

I started my career in broadcast television at 13 years old. My church started a television ministry. The show was produced out of a production truck parked outside the church, and I would not leave those guys alone.

Being the early 80's video graphics were just starting to hit the market and they had just installed a Cyron VP-1 graphics generator into the truck. In order to talk to the VP-1, they had a Tandy TRS-80 computer connected through a serial port. You had to write basic code and transmit that code through the serial connection in order to put graphics on the screen. I watched

those guys get so frustrated trying to figure out how to make it work. Eventually, one of them said, let the kid try. They did and within minutes we had working graphics. I became the font operator, and my career began.

Word of me spread in the small broadcast community of Mobile Alabama, and a local television celebrity contacted me about doing a hunting and fishing show. We did, and "The Great Southern Outdoors" was born. I did all of the production, from shooting all of the footage, to editing the shows for broadcast. The show had success and was syndicated in several markets. My name in the local community grew, and is what led to me being invited to speak at the University of South Alabama. I had garnered all of this success by my sophomore year of high school.

It was the "Great Southern Outdoors" that led to the opportunity to produce/direct a bear hunting expedition in the deep north of Canada, so far north it never got dark the entire time I was there. The problem was I would be gone for over three months, and the school would not work with me to secure my graduation. For that reason, I dropped out of school my senior year.

Not long after returning from that expedition, I watched my mom die from cancer, then months later my dad. I lack the ability to put into words this dark and lonely time in my life.

My success in broadcast continued, I was brought on at a cutting-edge post production company. I worked with several celebrity's, Andy Andrews, Garth Brooks, Faith Hill, just to name a few.

During this time, I had started to become a pilot. My love of aviation, as well as my broadcast knowledge were a perfect combination for my time as a member of the Civil Air Patrol (CAP). I was part of the team that built a live video transmission from the CAP plane to the Mobile County Emergency Management Center. Our original mission statement was to provide early aerial assessments for disaster relief after a hurricane. Our first live mission was the Amtrak derailment that killed 125 passengers in the early 1990's. Because of the remote location of the derailment, we were able to provide the disaster relief managers real-time images of what was happening during those critical first hours.

Not long after, I began to work with NBC on some network level post production. It was during this time I also did some feature film work. I was part of the production team for the Hollywood blockbuster, "Under Siege" starring Stephen Seagal.

At the age of twenty-four, I was hired to be the Network Production Manager of Sonlight Broadcasting. I oversaw the operations of five television stations located in Mobile, Montgomery, Nashville, Memphis, and

Chattanooga. During this time, I began operating multi-million-dollar budgets designing and building television studios.

It was also during this time that I began to work with attorney Jay Sekulow advancing Christian rights. I would travel to parts of the country and produce video packages documenting this effort.

It was during this phase of my life that I was brought to my knees for a second time, Alabama happened.

## Alabama

I do not remember a time without the church I grew up in. I went from being a kid going on youth trips, and church camp, to a young adult being a counselor doing those exact same trips. It is with that backdrop that the Alabama criminal case developed. That case, currently being challenged based on a *Brady* claim of evidence that was not discovered until the discovery in this case revealed a report that was not provided to me. In that report the alleged victim told law enforcement that the crime of sodomy *did not* take place.

Bottom line, I did go to prison, served my time, paid whatever debt to society that the court said I owed and tried to continue to live my life to the fullest.

**Restarting My Life**

Within four days of getting out of prison, I was on a plane to our nation's capital, Washington DC. Wearing a tux, producing a broadcast event just days from getting out of prison. Needless to say, I never held my head down. I have not, will not, let labels placed on me by others define who I am as a person.

**SMG Jacksonville**

Early 2000's the City of Jacksonville built a new arena. I was introduced to the head of production, and shortly after found myself directing all of the events taking place there. That relationship developed and grew over the years, and what led to my relationship with the Jaguars.

**Un-Reel Productions, Inc.**

In 2004 myself and two friends started Un-Reel Productions, Inc. I was the only employee. We had early success, but was not able to survive the recession in 2008.

**Guns & Hoses**

In 2005 I started working with the Fraternal Order of Police (FOP) producing and directing the annual fundraiser "Guns & Hoses". I donated my time and resources to this event. This has equated to tens of thousands of dollars over the years. I have received several gifts as tokens of appreciation. At my last Guns & Hoses event, I received a solid brass trophy.

**Sam Thompson DBA Sam Thompson**

After Un-reel, I continued my broadcast work as an independent contractor. In this capacity, I have directed countless hours of broadcast television. From directing NASCAR, NFL Football, College Football, College Basketball, Tennis, and NASA Space Shuttle liftoff and landings. In addition, in the entertainment world, I have directed live performances to include, Garth Brooks, Lynyrd Skinner, Faith Hill, Leanne Rimes, Tim McGraw, Florida Georgia Line, Carrie Underwood, just to name a few.

All the while, I was hired as a consultant to build countless production studios, control rooms, and production trucks.

Again, I refused to live my life wearing the label sex offender. To be clear, I maintained my registration requirements, but refused to allow that to define who I was. I have and will always hold my head high.

**NASA**

In 2006, I directed "Return to Flight, Space Shuttle Discovery", which was the first launch after the tragic loss of Space Shuttle Columbia. From just 3.2 miles away from the launch pad, I directed each and every other launch that ever took place. Without exception.

**Jacksonville Jaguars**

In 2013 the Jaguars approached me about consulting for them to build the worlds largest video boards.

## ARGUMENT

The Court should grant the Rule 33 request. It *is* required in the interest of justice. I made it clear a year and a half before trial how important a forensic expert was to the defensive trial strategy. This Court agreed and with just weeks before trial issued *Ex Parte Order* (doc. 217), stating in relative part, "[b]ased on the Motion presented, the Court is convinced that the [funding] Defendant previously authorized is still necessary for Defendant to obtain a fair trial."

It is irrefutable that I did not have a forensic expert testify in the defense case-in-chief. Equally irrefutable, there was nothing I could do to prevent this injustice.

### Tainted Judgment of the Jury

The judgement of the Jury carries with it a prejudicial defect that can only be remedied with a new trial.

The government's case-in-chief was centered on forensic evidence. All of that evidence went unchallenged. In my required *Ex Parte In Camera* Supplemental Brief, I provided the Court thirty-eight pages of how and why the forensic expert was necessary for me to obtain a fair trial.

This was further exacerbated by the "newly found" forensic evidence not discovered until late 2023. Simply put, I did not obtain a fair trial.

**WHEREFORE,** the Defendant, SAMUEL ARTHUR THOMPSON, *pro se*, respectfully requests this Honorable Court exercise your authority under the Federal Rules of Criminal Procedure 33. Right this wrong, justice so demands it.

Respectfully Submitted,

/s/ *Samuel Thompson*

Samuel Arthur Thompson, *pro se*
Baker County Detention Center
P.O. Box 1629
MacClenny, FL 32063

## CERTIFICATE OF SERVICE

I certify that on the ___19th day of March 2024,___[1] that a true and correct copy of the forgoing has been furnished to staff at the Baker County Detention Center, who indicate it will be processed and submitted via U.S. Postal Service to the U.S. District Court, Clerk of the Court, 300 North Hogan Street, Jacksonville, FL 32202, which will send a notice of electronic filing to the counsel of record.

Respectfully Submitted,

/s/ *Samuel Thompson*

Samuel Arthur Thompson, *pro se*
Baker County Detention Center
P.O. Box 1629
MacClenny, FL 32063

---

[1] The Prison Mailbox Rule, under which "a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil,* 557, F.3d 1287, 1290 n.2 (11th Cir. 2009).

COMPOSITE EXHIBIT A















NEWS

# He'll miss the rockets, sulphur, smoke, flames

*He directed a slew of cameras covering launches*

**Topher Sanders**

Published 12:01 a.m. ET July 9, 2011 | **Updated 12:00 a.m. ET July 9, 2011**

On Friday, Sam Thompson was where he's been for the past 26 shuttle launches: In a media truck yelling commands, pushing buttons and turning knobs to capture just the

## jacksonville.com | The Florida Times-Union

coverage. Thompson has been making the trip from his home in Jacksonville to Cape Canaveral to cover shuttle launches for five years.

Shuttle escapes eyes on First Coast

He said Thursday the launch of Atlantis would be emotional.

"It's just bitter," he said, "there's no sweet to it. It's a really sad day."

After the launch on Friday, Thompson said a girl that spoke to his broadcast's correspondent Greg Dobbs captured the emotion of the day.

"The little girl, she must have been 8 or 9, said 'I want something like this to bring my children to.' She started crying after that."

She'll never have that opportunity, he said.

When the countdown stopped at 31 seconds, it put a hiccup in the usually seamless stream of adrenaline, Thompson said.

"It caught me off guard," he said. "It was really weird."

Thompson, who's been working in television for 27 years, said he's actually never seen a shuttle launch with his own eyes because he's always operating the more than 170 HD cameras around the shuttle.

"It's not possible," he said. "I'm giving everyone else at home those images."

He may not have seen it, but he sure knows how it feels.

"To feel the concussion, the smell of the sulfur, everything around you shaking," he said. "It is indescribable to feel the ground shaking around you and the sound pressing against you."

While the ground is shaking, Thompson is working his cameras.

"I'm close in on the nozzles or the engines that are on the orbiter, this is about T-minus 11 seconds," he said. "You see the sparkles going back and forth and you see the main engines light up, it's intense.

"At plus three or four seconds is when I cut over to the pad shot, and boom, they light the SRBs [solid rocket boosters], and that's when you see massive amounts of smoke.

"When the shuttle starts its ascent phase, that's when I will hit UCF15 - I call it the phoenix camera - and then you see the orbiter rise behind that cloud of smoke."

That's when he'll go to a shot three miles away to give viewers a broader view of the shuttle.

"That's when you begin to appreciate the size of the flame and amount of energy propelling that ship up," he said.

It was hard for Thompson, who said he teared up Friday, to articulate what he would miss most about the shuttle programs.

"It's history," he said. "I remember being a boy in school and watching the very first shuttle launch. Kids grew up wanting to be astronauts."

Thompson said that dream has been taken away from at least one generation of children.

*topher.sanders@jacksonville.com, (904) 359-4169*







