UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SAMUEL ARTHUR THOMPSON<br>(Pro Se) | CASE NO. 3:20-cr-26(S2)-BJD-LLL |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Laura Taylor<br>Brenna Falzetta<br>Adam Duso | Eric Roper (standby counsel) |

HONORABLE BRIAN J. DAVIS
SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton        Court Reporter: Shelli Kozachenko
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING**

Defendant was found guilty of Counts One through Ten of the Second Superseding Indictment on November 17, 2023, after a jury trial.

Defendant adjudged guilty on **Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, and Ten of the Second Superseding Indictment after a jury trial.**

Government's Witnesses: Daniel Moxley

Government's Exhibits (2 discs) placed under seal.

Imprisonment: **TWO THOUSAND SIX HUNDRED AND FORTY (2,640) MONTHS, this term consists of TWO-HUNDRED AND FORTY (240) MONTH terms as to Counts One and Nine; a FOUR-HUNDRED AND EIGHTY (480) MONTH term as to Counts Two and Seven; a ONE HUNDRED AND TWENTY (120) MONTH term as to Counts Three, Six, Eight and Ten; and a SIX-HUNDRED (600) MONTH term as to Count Four, all such terms to run consecutively; and a ONE-HUDNRED AND TWENTY (120) MONTH term as to Count Five, which shall run consecutively to Count Four.**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at FCI Marianna.

Supervised Release: **LIFE, this term consists of a LIFE term as to Counts One, Two, Four, Five, Seven, and Nine and a THREE (3) YEAR term as to Counts Three, Six, Eight, and Ten all such terms to run concurrently.**

Special conditions of supervised release:
- Defendant shall participate in a substance abuse program (outpatient and/or inpatient).
- Defendant shall participate in a mental health treat program (outpatient and/or inpatient).
- Defendant shall participate in a mental health program specializing in sexual offender treatment.
- Defendant shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.
- Defendant shall have no direct contact with minors (under the age of 18) without written approval of the probation officer.
- Defendant shall have no contact, direct or indirect, with Minor Victims One and Two.
- Defendant is prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.
- Defendant shall not possess or use computer with access to any online service at any location (including employment) without written approval from the probation officer.
- Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle.
- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- Defendant must refrain from any unlawful use of controlled substances.

Special Assessment: __$1,000.00__ to be paid immediately.

2

Restitution: **The victims' losses are undetermined, and the Court shall set a date for the final determination of the victims' losses within 90 days from the date of the sentencing.**

Defendant shall forfeit to the United States the assets identified in the Preliminary Order of Forfeiture (Doc. 306).

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: March 25, 2024
Time: 9:13 a.m. – 11:55 a.m.
Total: 2 hours 42 minutes