**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL ARTHUR THOMPSON,<br><br>Defendant | CASE NO.: 3:20-cr-26(S2)-BJD-LLL |

**DEFENDANT'S NOTICE OF APPEAL**

The Defendant in the above styled and numbered cause, Samuel Arthur Thompson, gives notice of appeal in this cause to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 27th day of March, 2024.

Respectfully Submitted,

**THE LAW OFFICE OF ERIC ROPER, P.A.**

/s/ *C. Eric Roper*
C. Eric Roper
Florida State Bar Number: 84619
301 W. Bay Street, Suite 1413
Jacksonville, FL 32202
Telephone: (904) 354-8775
Fax: (904) 779-3247
E-mail: eric@ericroperlaw.com
Standby Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of April, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to the counsel of record.

*/s/ C. Eric Roper*
C. Eric Roper
Standby Counsel for the Defendant